UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Victor J. Lopez<br><br>    Defendant. | Criminal Action No. 17-87  (JMV)<br><br><br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

  It is on this 4th day of April, 2017,

  **ORDERED** that Leticia Olivera, Esq. from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                _____
                John Michael Vazquez, U.S.D.J.